KIMBERLY Y., N.K.A. KIMBERLY P., APPELLEE, v. CHARLES M., APPELLANT.

[Cite as Kimberly Y. v. Charles M. (1999), 84 Ohio St.3d 528.]

(No. 99–6—Submitted January 26, 1999—Decided March 3, 1999.)

Rohrbachers, Light, Cron, Zmuda & Trimble Co., L.P.A., and Beverly J. St. Clair, for appellant.

The judgment of the court of appeals is vacated, and the cause is remanded to the trial court for application of Cuyahoga Child Support Enforcement Agency v. Guthrie (1999), 84 Ohio St.3d 437, 705 N.E.2d 318.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.